AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the __Eastern__ District of __Michigan__ on the following

☐ Trademarks or      ☒ Patents.     ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:11-cv-12429 | DATE FILED<br>6/3/2011 | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN |
|---|---|---|
| PLAINTIFF<br><br>CHEETAH OMNI LLC | | DEFENDANT<br><br>TELLABS, INC.,<br>TELLABS OPERATIONS, INC. and<br>TELLABS NORTH AMERICA, INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6,940,647 | 9/6/05 | Cheetah Omni LLC |
| 6,856,459 | 2/15/05 | Cheetah Omni LLC |
|  |  |  |
|  |  |  |
|  |  |  |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1 – Upon initiation of action, mail this copy to Director**      **Copy 3 – Upon termination of action, mail this copy to Director**
**Copy 2 – Upon filing document adding patent(s), mail this copy to Director**      **Copy 4 – Case file copy**